IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES MARION SIMS,** <br><br> Plaintiff, <br><br> v. <br><br> **B. HEDRICK, et al.,** <br><br> Defendants. | C 15-cv-03003-LB <br><br> **[PROPOSED]** ORDER GRANTING MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

  Defendants J. Collier and T. Tomasian filed a request for an extension of time of 60 days, through August 12, 2016, to file a dispositive motion.

  The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED, and the time for Defendants to file a dispositive motion is extended for 60 days, through August 12, 2016. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than 28 days from the date the dispositive motion is filed.

1

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C 15-cv-03003-LB)

1  A reply brief shall be filed no later than 14 days after Plaintiff's opposition is filed.

2  IT IS SO ORDERED

Dated: June 15, 2016

_____
The Hon. Laurel Beeler

SF2016400528
20863429.doc

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C 15-cv-03003-LB)