| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>JAY M. GOLDMAN<br>Supervising Deputy Attorney General<br>BRYAN KAO<br>Deputy Attorney General<br>State Bar No. 240242<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5564<br>Fax: (415) 703-5843<br>E-mail: Bryan.Kao@doj.ca.gov<br>*Attorneys for Defendant*<br>*J. Collier* | James Sims<br>H-90920<br>California State Prison - Sacramento<br>P.O. Box 290066<br>Represa, CA 95671-0066<br><br>*Plaintiff in Pro Se* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES MARION SIMS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**B. HEDRICK, et al.,**<br><br>　　　　　　　　　　　Defendants. | C 15-cv-03003-LB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

　　　　Plaintiff James Sims and Defendant J. Collier have resolved this case in its entirety. In accordance with their settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice. The filing of this stipulation automatically terminates this action.

///

///

///

1

Each party shall bear their own costs and attorney fees in connection with this action.

It is so stipulated.

Dated: July 28, 2017

_____
James Sims
*Plaintiff in Pro Se*

Dated: July 28, 2017

_____
Bryan Kao
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendant*
J. Collier

**IT IS SO ORDERED.**

Dated: 7/28/17

_____
The Honorable Laurel Beeler
United States Magistrate Judge

SF2016400528
21007968.doc